IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: LAWRENCE M ASUNCION,

    Appellant.

                                  /

No. C 13-00553 WHA

**ORDER TO SHOW CAUSE**

      In this bankruptcy appeal the scheduling order required appellant to file his opening brief by May 14 (*see* Dkt. No. 2). No brief was filed. Appellant is Ordered to Show Cause why this appeal should not be dismissed for failure to prosecute by **JUNE 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE